**Order entered July 15, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00572-CV

## IN RE DISIERE PARTNERS, LLC, Relator

**Original Proceeding from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-08767**

## ORDER
Before Justices Molberg, Reichek, and Smith

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus without prejudice to refiling.

/s/    AMANDA L. REICHEK
JUSTICE